**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6695**

---

RANDY ANDERSON,

        Plaintiff - Appellant,

    v.

CORRECTIONAL STAFF AT RAPPAHANNOCK REGIONAL JAIL,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00348-RCY-MRC)

---

Submitted:  October 31, 2024                                  Decided:  January 14, 2025

---

Before QUATTLEBAUM and BENJAMIN, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Randy Anderson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Anderson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to comply with the magistrate judge's order to complete and submit a consent to collection of fees form.[*]  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order. *Anderson v. Corr. Staff at Rappahannock Reg'l Jail*, No. 3:24-cv-00348-RCY-MRC (E.D. Va. July 1, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The dismissal order is final and appealable because the district court did not grant leave to amend.  *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).

2